**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   _19- CV-01204-GPG_

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 17 2019**

JEFFREY P. COLWELL
CLERK

_Jerome  C  Gilbert  JR_ , Plaintiff

v.

_Well Path medical "C.C.S"_ ,

_ARAPAHOE county detention Facility_ ,

_____ ,

_____ , Defendant(s).

(*List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.*)

---

**PRISONER COMPLAINT**

---

| **NOTICE** |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Jerome c Gilbert JR Jo1363743, AraPahoe, county Detention FAcility P.O. Box
4918 centennial C.O 80155-4918
_____
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
✓    Other: *(Please explain)* Comcor   Sentenced   waiting For half way house.

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Well Path, correct care   solution- Medical Staff 7373
      (Name, job title, and complete mailing address)

South Potomoc Street, centennial Co 80112

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ✓ No *(check one)*. Briefly explain:

Requested   medical   attention   Several  times

For my  matter  I was treated a Year later
Eighth  Amendment  Right violated
Defendant 1 is being sued in his/her ____ individual and/or ✓ official capacity.

2

Defendant 2: <u>ARAPAhoe   county   detention FAciliTY - P. O. Box 4918</u>
          (Name, job title, and complete mailing address)

<u>Centennial   CO   80155 - 4918</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _✓_ No (*check one*). Briefly explain:

<u>Under   there   care   And   detained   I   was   not</u>

<u>given   the   chance   of   ProPer   Medical   care.</u>

Defendant 2 is being sued in his/her ___ individual and/or _✓_ official capacity.

Defendant 3: _____
          (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.


## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_   42 U.S.C. § 1983 (state, county, and municipal defendants)

____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

____   Other: (*please identify*) _____

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Inadequate Medical Care - negligent tort_

Supporting facts: My 8th Amendment Right HAS Been violated Due to The delay of treatment, caused me Physical Injury such As pain experienced while waiting For Treatment And Analgsics It was unProfessional And InaPPropriate treatment of my Injury due to The fact I have Been Incarcerated For 14 months Now and Been Requesting medical attention Sense May - 2018 And did Not Jet Proper medical treatment until APirl 2nd - 2019 PromPt medical care by ArapAhoe county detention facility After Requesting medical care For my wisdom tooth lack of care I suffered from Severe Pain As well As A Infection For 5 months Straight It was extremely Painful It was simply being left to endure Pain without medical attention Sufficiently serious harm The medical condition significantly affected my daily Activities And The existence of Chronic and substantial Pain Discomfort uncomfortable health Problem IS A Serious need (consituted) All of This was caused due to Not being Able to obtain Aduquate or timely medical care I suffered migraine HeadAches Resulting From Stress and SPirital Problems.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ____ Yes __✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                    _____

Claims raised:                              _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:        _____

Result on appeal, if appealed:              _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _✓_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _✓_ Yes ___ No (*check one*)

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I MR Gilbert AM Requesting That C.C.S / Well Path Are held accountable for mistreating me For The amount of Pain I suffered The stress caused Restless nights Damaged Nerves Medical Rights Violated Health In danger DePression I would like To Sue correct care Solution And ARAPAHOe county detention Facility for every damage Possible I was unable to be a regular Inmate, This Made My time EXstremley Stressful

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

06 - 11 - 2019
_____
(Date)

(Form Revised December 2017)



4.      If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments.  *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.      Each named defendant must be listed in the caption of the complaint, one defendant per line.   If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.      You must provide the Court with an original complaint.   You should keep a copy of the complaint for your own records.   The Court will not provide a copy for you.

3.      When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4.      Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed.   Any document that fails to include a certificate of service may be disregarded by the Court or returned.   An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to ~~office of The clerk~~ (defendant(s) or counsel for defendant(s)) at ~~901-19th street Room A105~~ (address) on *April 22nd*, 20 _19_ .                    06-11-2019

_Jerome Gilbert_
Plaintiff's Original Signature

5.      The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

Civil Action NO. 19-cv-01204-GPG

6-12-2019

I MB Gilbert Am sorry For such delay
Do To The Matter or my lawsuit Civil action #
19-cv-01204-GPG The fact That All Mail
has been so backed up here At Arapahoe
detention Facility weeks to weeks but I have
Filled my New Prisoner complaint That you All
Requested From me I hope to hear
back From you All As soon As Possible.
Thank You. Jeane Gilbert



OFFICE OF THE CLERK
United States District Court
Alfred A. ARRAJ Court House
901- 19th ST. Room A105
Denver CO 80294- 3589

Name: _____
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918   3512

INDIGENT
LEGAL MAIL

UNCENSORED INMATE MAIL

Arapahoe County Detention Facility

Notice to Addressee: unsolicited or unwanted items
may be declined and returned to sender unopened

#95461

INDIGENT
LEGAL MAIL